UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENYEA BAKER and <br> SAMMY STEADMAN, Individually and <br> on Behalf of All Others Similarly Situated <br><br> Plaintiff, <br><br> versus <br><br> STATEWIDE TRANSPORT, INC. <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br> CASE NO.: 2:20-cv-579 <br><br><br><br><br> COLLECTIVE ACTION |

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT come Plaintiffs, Wenyea Baker and Sammy Steadman, and Opt-In Plaintiffs Antwuan Wilson and Arthur Capers, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss this Complaint against Statewide Transport, Inc. ("Statewide") without prejudice.

Statewide has not been served in this matter, and has not filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

February 27, 2020                                    Respectfully submitted,

/s/ Scott E. Brady
Philip Bohrer
Scott E. Brady
Amanda E. McGowen
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com
amcgowen@bohrerbrady.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

            /s/ *Scott E. Brady*
            Scott E. Brady